# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICKY HOWARD JONES,**

    Petitioner,

    v.                                                       Case No. 20-CV-616

**DYLON RADTKE,**

    Respondent.

## ORDER

Ricky Howard Jones filed a petition for a writ of habeas corpus on April 16, 2020. (Docket # 1.) However, Jones' petition did not include a signed statement declaring under penalty of perjury that the information in his petition was true and correct. Jones also filed a motion for leave to proceed without prepayment of the filing fee. (Docket # 5.) Although Jones included a prison trust account statement (Docket # 6), it was not certified.

On May 7, 2020, I ordered Jones to supplement his petition with a signed statement declaring under penalty of perjury that the information in his petition for a writ of habeas was true and correct. (Docket # 7.) I also ordered Jones to supplement his motion with a certified trust account statement with thirty (30) days. (Docket # 7) *Id.*) As of the date of this order, the court has not received either document.

Jones shall have **ten (10) days** to supplement his petition and motion as ordered. If Jones fails to file a certified copy of his prison trust account statement to supplement his motion to proceed without prepayment of the filing fee **OR** pay the $5.00 filing fee, or fails to submit a signed statement attesting to the truth of the information in his petition, I will

recommend that this action be dismissed with prejudice and without further notice for failure to prosecute.

**IT IS HEREBY ORDERED** that Jones shall have **ten (10) days** from the date of this order to pay the $5.00 filing fee **OR** file a *certified* copy of his prison trust account statement to supplement his motion to proceed without prepayment of the filing fee.

**IT IS FURTHER ORDERED** that Jones shall have **ten (10) days** to file a signed statement declaring under penalty of perjury that the information in his petition for a writ of habeas corpus is true and correct.

Dated at Milwaukee, Wisconsin this 17th day of June, 2020.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge